| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/18/2025 |

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                      :
                                                                        :
                      -against-                             :
                                                                        :
KEVIN SAXON,                                             :         1:16-cr-396-GHW-16
                                                                        :
                      Defendant.                         :         <u>ORDER</u>
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On March 17, 2025, Defendant Kevin Saxon was presented in magistrate's court as a result of an asserted violation of the conditions of his supervised release. Douglas S. Zolkind was appointed to represent him in this matter. Mr. Zolkind is a partner at Debevoise & Plimpton LLP. Judge Woods was a partner at that firm and recuses himself from matters involving the firm's clients. The Court observes that Steven Gary Brill, who represented Mr. Saxon in this case at the time of his sentencing, remains on the docket as active counsel for Mr. Saxon.

Given that this matter involves an alleged violation of terms of supervised release imposed by Judge Woods and that Mr. Brill remains available to serve as the defendant's counsel, the Court requests that the parties discuss whether Mr. Zolkind should be granted leave to withdraw as counsel for Mr. Saxon, so that Mr. Brill can continue his representation going forward.

In addition, the Court schedules a status conference to take place in this matter on March 25, 2025 at 12:00 p.m. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.

SO ORDERED.

Dated: March 18, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge