

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2025
```

# MEMORANDUM ENDORSED

March 19, 2025

<u>BY ECF</u>

The Honorable Gregory H. Woods
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re: *United States v. Kevin Saxon*, 16-CR-396

Dear Judge Woods:

      We represent defendant Kevin Saxon in connection with the above-captioned matter. Following the Court's March 18, 2025 Order (Dkt. 863), we conferred with Steven Brill and the government. Mr. Brill confirmed that he agrees to represent Mr. Saxon in connection with the alleged Violation of Supervised Release. The undersigned therefore respectfully seeks leave to withdraw as counsel to Mr. Saxon. AUSA Getzel Berger has informed us that the government takes no position on this request. Should the Court grant this request, the undersigned would propose to appear at the status conference scheduled for March 25, 2025 at which the substitution of counsel can take place.

                    Respectfully submitted,

                    <u>/s/ Douglas Zolkind</u>

                    Douglas Zolkind
                    *Attorney for Kevin Saxon*

Application granted. Mr. Zolkind is granted leave to withdraw as counsel for Mr. Saxon. With the understanding that Mr. Brill is available to appear at the March 25, 2025 conference, Mr. Zolkind need not appear as well.

The Clerk of Court is directed to remove Mr. Zolkind from the list of active counsel in this case and to terminate the motion pending at Dkt. No. 865.

SO ORDERED.
Dated: March 20, 2025
New York, New York

                    _____
                    GREGORY H. WOODS
                    United States District Judge

www.debevoise.com