

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

April 14, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2025

**VIA ECF**      **MEMORANDUM ENDORSED**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States of America v. Kevin Saxon**
**Ind. No.: 16 Cr. 396 (GHW)**

Dear Judge Woods:

As the Court may recall, Mr. Saxon is facing state charges which underly the VOSR Petition. It is expected that those state charges will be dismissed by no later than May 15. Therefore, the government and I respectfully make this joint request to adjourn Mr. Saxon's now pending VOSR Status Conference from April 16 to May 28 at 10:00am.

Thank you for your consideration.

Very truly yours,

SULLIVAN | BRILL, LLP

By: Steven Brill, Esq.

Application granted. The conference scheduled for April 16, 2025 is adjourned to May 28, 2025 at 10:00 a.m.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 867 and 868.

SO ORDERED.
Dated: April 14, 2025
New York, New York

GREGORY H. WOODS
United States District Judge