```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Kevin Saxon

                Defendant.

No. 16CR396-16 (GHW)

**ORDER**

Honorable Gregory H. Woods, U.S. District Judge:

    IT IS HEREBY ORDERED THAT, on July 11, 2025, at 9:00 a.m., the United States Marshals Service shall release **Kevin Saxon, REG #77824-054,** from the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse to the United States Probation Officer, who will turn him over to a representative of Samaritan Daytop Village for transport to a residential drug treatment facility.

**SO ORDERED.**

Dated:     July 9, 2025
             New York, New York

                                                    Honorable Gregory H. Woods
                                                    U.S. District Judge