

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 17, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2025

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Kevin Saxon*, 16 Cr. 396 (GHW)

Dear Judge Woods:

    The Government writes on behalf of the parties to respectfully seek an adjournment of the sentencing proceeding currently scheduled for October 24, 2025. The defendant is currently participating in inpatient drug treatment, and the requested adjournment will allow him to complete that treatment prior to sentencing. The parties are available on November 13, 2025, at 12:00 p.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc:   Steven Brill, Esq. (by ECF)
      U.S. Probation Officer John Gomez (by email)

---

Application granted. The sentencing hearing scheduled for October 24, 2025 is adjourned to November 13, 2025 at 12:00 p.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 873.
SO ORDERED.
Dated: October 17, 2025

_____
GREGORY H. WOODS
United States District Judge