USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA, :

-against- :

KEVIN SAXON, : 1:16-cr-396-GHW-16

Defendant. : ORDER

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

A proceeding in this matter will take place on September 11, 2026 at 12:00 p.m. with respect to Kevin Saxon. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Saxon and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: August 7, 2026

GREGORY H. WOODS
United States District Judge